

# Missouri Court of Appeals
## Southern District

**JULY 24, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33092, SD33093, and SD33094 (Consolidated)

        Re:     In re the Adoptions of T.D.M., K.D.N.M.,
                C.C.M., E.I.M., and J.W.A.M.
                JASPER COUNTY JUVENILE OFFICE,
                Petitioner-Respondent,
                v.
                J.W.M., Natural Father,
                Respondent-Appellant.